UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 71.202.134.10,<br><br>    Defendant. | Case Number: 3:24-cv-01800-LJC<br><br>Honorable Lisa J. Cisneros<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for June 27, 2024, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until September 27, 2024 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for June 27, 2024 is continued to October 31, 2024 at 1:30 p.m. **Case management statement due October 24, 2024. Plaintiff is admonished to seek extensions well before deadlines occur if, as here, the need is foreseeable.**

DONE AND ORDERED.

Dated: **June 25, 2024.**        By: _____
                                    **United States Magistrate Judge**
                                    Hon. Lisa J. Cisneros

1

[~~Proposed~~] Order on *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 3:24-cv-01800-LJC